[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15448
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00052-TWT-JSA-3

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LATONYA EVANS,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(January 12, 2016)

Before WILSON, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

David Stewart, appointed counsel for LaTonya Evans in this direct criminal appeal, has moved to withdraw from further representation of Evans and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Evans's conviction and sentence are **AFFIRMED**.